IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **CYPRESS BAYOU INDUSTRIAL PAINTING, LLC** | § | **CIVIL ACTION NO. 3:23-CV-35** |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | **FED. R. CIV. P. 9(h)** |
| | § | **Admiralty Claim** |
| **THE BARGE RCM 245, HER** | § | |
| **ENGINES, MACHINERY, TACKLE,** | § | |
| **APPURTENANCES, APPAREL, ETC.,** | § | |
| *in rem* | § | |
| | § | |
| Defendant | § | |

## MOTION FOR ISSUANCE OF WARRANT OF SEIZURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Cypress Bayou Industrial Painting, LLC., Plaintiff, and files this, Motion for Issuance of Warrant of Seizure, and would respectfully show unto the Court as follows:

I.

On February 9, 2023, on information and belief, Barge RCM 245, USCG Official No. 1050073, is located within the jurisdiction of this Court, and on February 9, 2023 Plaintiff filed its Original Complaint in the United States District Court for the Southern District of Texas, Galveston Division, in the above-styled and captioned cause.

II.

The Original Complaint has been filed *in rem* against the vessel itself, and Plaintiff now seeks a warrant for maritime arrest, pursuant to Supplemental Admiralty Rule C.

III.

Plaintiff alleges in its Original Complaint causes of action against the *in rem* Defendant, the RCM 245, her engines, machinery, tackle, appurtenances, apparel, etc., seeking damages for breach of contract and other causes of action. Therefore, Plaintiff has a lien against the RCM 245 which can be enforced pursuant to Rule C of the Supplemental Admiralty Rules.

IV.

Plaintiff seeks security for the monetary loss associated with its charges, as specified in the attached Complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays as follows:

1. That a warrant of seizure be issued to arrest the RCM 245;

2. That the RCM 245, her engines, machinery, tackle, appurtenances, apparel, etc. be seized by order of this Court and held until security can be posted by the owner;

3. If security cannot be posted, the RCM 245, her engines, machinery, tackle, appurtenances, apparel, etc. be condemned and sold to pay for any judgment entered herein for the plaintiff against the defendant, *in rem*; and

4. That this Court grant Plaintiff such other and further relief to which it may show itself justly entitled at law, in equity, or in admiralty.

Respectfully Submitted,

**CLARK HILL PLC**

By: _/s/ David James_
David James
Texas Bar No. 24032467
SDTX Bar No. 588556
2615 Calder Avenue, Suite 240
Beaumont, Texas 77702
Telephone: (409) 351.3800
Facsimile: (409) 351.3883
Email: djames@clarkhill.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF, CYPRESS BAYOU INDUSTRIAL PAINTING, LLC**