# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **CYPRESS BAYOU INDUSTRIAL PAINTING, LLC** | § | **CIVIL ACTION NO. 3:23-CV-35** |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | **FED. R. CIV. P. 9(h)** |
| | § | **Admiralty Claim** |
| **THE BARGE RCM 245, HER ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC.,** *in rem* | § § § § § § | |
| Defendant | § | |

## ORDER OF ISSUANCE OF WARRANT OF SEIZURE

Came On For Consideration, Plaintiff, Cypress Bayou Industrial Painting, LLC's Motion for Issuance of a Warrant of Seizure (Doc. No. 2), and the Court having considered Plaintiff's Verified Original Complaint (Doc. No. 1), argument and position of the plaintiff and having been fully advised, it is,

ORDERED, that Plaintiff's Motion (Doc. No. 2) is GRANTED and that the Warrant of Seizure requested be issued to arrest the Barge RCM 245, her engines, machinery, tackle, appurtenances, apparel, etc., pursuant to Supplemental Admiralty Rule C; it is further

ORDERED, that the Barge RCM 245, her engines, machinery, tackle, appurtenances, apparel, etc., be seized and held by the United States Marshal, pending further Order of this Court. It is further

ORDERED, that the United States Marshal serve a copy of the Complaint and the Warrant for the Seizure on the person in possession of the ship or his agent; and return the Warrant promptly.  It is further

ORDERED that the Barge RCM 245, shall, during the pendency of her arrest or while she is in the custody of the United States Marshal, be moored or docked in a manner not to obstruct the waterway where she is currently located.  It is further

ORDERED, that all repair work and cargo operations on the RCM 245 shall cease pending further order of the Court.  Ordinary maintenance and operations of the vessel by the crew shall continue as is necessary to protect the vessel from harm during the pendency of this arrest.  It is further

ORDERED, that the vessel may be released from seizure without further order of this Court if the Marshal receives written authorization from David James of the law firm of Clark Hill, PLC, and that such attorney advises that he has conferred with all counsel representing the parties to the litigation and they consent to the release if the attorney files the consent and the Court has not entered an Order to the contrary.  It is further

ORDERED that the United States Marshal is released of all liability and Plaintiff Cypress Bayou Industrial Painting, LLC shall hold harmless and indemnify the United States Marshal, and all his deputies, from any causes of action, costs, fees, liabilities, or other expenses in any way arising out of or connected to the arrest and seizure, or the control, care, custody, movement, and operations of the vessel occurring in connection with or after the arrest and seizure of the vessel. It is further

ORDERED that the deadline for any application to intervene shall be thirty calendar days after publication of any notice required by Supplemental Admiralty Rule C(4).

ORDERED that any intervenor shall owe a debt to the preceding plaintiffs and intervenors, enforceable on motion, consisting of the intervenor's share of the Marshal's fees and expenses in the proportion that the intervenor's claim bears to the sum of all the claims asserted against the Barge RCM 245, her engines, machinery, tackle, appurtenances, apparel, etc. If any party plaintiff permits vacation of an arrest, attachment, or garnishment, the remaining plaintiffs shall share the responsibility to the Marshal for fees and expenses in proportion to the remaining claims asserted against the Barge RCM 245, her engines, machinery, tackle, appurtenances, apparel, etc. and for the duration of the Marshal's custody because of each such claim.

SIGNED, this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE