## **NOTICE OF ACTION AND ARREST**

Case No. **3:23-CV-35**; *CYPRESS BAYOU INDUSTRIAL PAINTING, LLC, INC. v. THE BARGE RCM 245, HER ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC., in rem*; in the United States District Court for the Southern District of Texas, Galveston Division.

Notice is hereby given that on February 10, 2023, the Barge RCM 245, with her engines, machinery, tackle, appurtenances, apparel, etc., was arrested by Cypress Bayou Industrial Painting, LLC, Inc. in Galveston, Texas, pursuant to warrants of arrest requested by Plaintiff's attorneys, David James, Clark Hill PLC, 2615 Calder Avenue, Suite 240, Beaumont, TX 77702, 409-351-3802, and issued by the Clerk of this Court upon the filing of a verified complaint in the above action.  Any person having or claiming an ownership interest in or right of possession of said property must file a statement of such interest within 14 days after the publication of this notice in the Galveston Daily News, providing a copy to the Plaintiff's attorney, and must file an answer to the complaint herein within 21 days thereafter; otherwise, a default may be entered and condemnation ordered.

Applications for intervention under Federal Rule 24 by persons asserting maritime liens or other interests shall be filed within 30 days after publication of this notice.