IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CYPRESS BAYOU INDUSTRIAL PAINTING, LLC | § § § | CIVIL ACTION NO. 3:23-CV-35 |
| Plaintiff | § § | |
| VS. | § § | FED. R. CIV. P. 9(h) Admiralty Claim |
| THE BARGE RCM 245, HER ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC., *in rem* | § § § § § | |
| Defendant | § § | |

### WARRANT FOR ARREST IN ACTION *IN REM*

CIVIL ACTION NO. 3:23-CV-35

TO THE MARSHAL OF THE SOUTHERN DISTRICT OF TEXAS, GREETINGS:

WHEREAS, a Complaint has been filed in the United States District Court for the Southern District of Texas on February 9, 2023, by Cypress Bayou Industrial Painting, LLC, against the barge currently or formerly known as the RCM 245, her engines, machinery, tackle, appurtenances, apparel, etc., *in rem*, in a cause of damages, admiralty and maritime claim, for the reasons and causes in the said Complaint mentioned, and praying for process of warrant for the arrest of said vessel and other property and that all persons interested in the barge currently or formerly known as the RCM 245, her engines, machinery, tackle, appurtenances, apparel, etc., *in rem*, and other property may be cited in general and special to answer the premises, and all proceedings being had, that the barge currently or formerly known as the RCM 245, her engines, machinery, tackle,

appurtenances, apparel, etc., and any other property that may for the causes in the same Complaint mentioned be condemned and sold to pay the demands for Plaintiff.

YOU ARE, THEREFORE, HEREBY COMMANDED to attach the barge currently or formerly known as the RCM 245, her engines, machinery, tackle, appurtenances, apparel, etc., and other property and to detain the same in your custody until the further Order of the Court respecting the same and to give due notice to all persons claiming the same, or knowing or having anything to say why the same should not be condemned and sold pursuant to the prayer of said Complaint, that they must file their claims with the Clerk of the Court within ten (10) days after the execution of this process or within such additional time as may be allowed by the Court, and must serve their answers within twenty (20) days after the filing of their claims, and that you promptly after execution of process file the same in this Court with your return thereon.

Witness The Honorable ___Andrew Edison___, Judge of said Court, and the seal thereof, at ___Galveston___, Texas, this _10th_ day of ___February___ 2023.

By: ___Andy Gould___
Deputy Clerk

**NOTE:** Claimant is required to file claim in the Clerk's Office and to answer or except to said Complaint within the times above fixed; otherwise the Plaintiff may enter an Interlocutory or Final Judgment as may be proper.

This Warrant is issued pursuant to Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2