IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **CYPRESS BAYOU INDUSTRIAL PAINTING, LLC** | § | **CIVIL ACTION NO. 3:23-CV-35** |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | **FED. R. CIV. P. 9(h)** |
| | § | **Admiralty Claim** |
| **THE BARGE RCM 245, HER** | § | |
| **ENGINES, MACHINERY, TACKLE,** | § | |
| **APPURTENANCES, APPAREL, ETC.,** | § | |
| *in rem* | § | |
| | § | |
| Defendant | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Cypress Bayou Industrial Painting, LLC, Plaintiff, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), files this Stipulation dismissing its claims against Defendant the Barge RCM 245, her Engines, Machinery, Tackle, Appurtenances, Apparel, Etc. No answer or motion for summary judgment has been filed in the case and this dismissal is effective upon filing.

Respectfully Submitted,

**CLARK HILL PLC**

By: /s/ David James

David James
Texas Bar No. 24032467
SDTX Bar No. 588556
2615 Calder Avenue, Suite 240
Beaumont, Texas 77702
Telephone: (409) 351.3800

1

Facsimile: (409) 351.3883
Email: djames@clarkhill.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF, CYPRESS BAYOU INDUSTRIAL PAINTING, LLC**

## CERTIFICATE OF SERVICE

This instrument was served via PACER on this, the 12th day of February 2023.

By: /s/ David James
David James