UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CYPRESS BAYOU INDUSTRIAL PAINTING, LLC, | § § § § § | |
| Plaintiff, | | |
| VS. | § | CIVIL ACTION NO. 3:23-cv-35 |
| | § | |
| THE BARGE RCM 245, HER ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC., *in rem*, | § § § § | |
| Defendant. | | |

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

On February 12, 2023, the plaintiff filed a notice of voluntary dismissal as to its claims against the defendant, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 6.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 13th day of February, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE